UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:15CR554 RLW |
| MARIA SANFILIPPO, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker (ECF No. 65). On June 10, 2016, Defendant filed a Motion to Suppress Statements (ECF No. 40). Magistrate Judge Baker held an evidentiary hearing on Defendant's motion on August, 11, 2016.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Nannette A. Baker, who filed a Report and Recommendation on August 18, 2016. The Magistrate Judge recommends that the Motion to Suppress Statements be denied. Neither party has filed objections or otherwise responded to the Report and Recommendation. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 65) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Statements (ECF No. 40) is **DENIED.**

Dated this 6th day of September, 2016.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**